IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICHOLAS P. ORSI,<br><br>        Defendant. | 8:16CR336<br><br>ORDER |

Defendant has moved to continue the trial currently set for April 24, 2017. (Filing No. 22). As explained in the motion, "additional time is required to further marshal the facts and adequately prepare for trial." Nothing further is explained. The motion to continue is unopposed.

The court previously stated: "**No additional continuances will be granted absent a substantial showing of good cause**."(Filing No. 21). Defendant's motion fails to make this showing. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 22), is denied.

2) Trial of this case remains set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on April 24, 2017, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

April 12, 2017.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge