IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:16CR336 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS P. ORSI, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing [45](#)) is granted.

2. Defendant Nicholas P. Orsi's sentencing is continued to February 22, 2018, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of January, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge