IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:16CR336 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS P. ORSI, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 57) is granted.

2. Defendant Nicholas P. Orsi's sentencing is continued to January 25, 2019, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of November, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge